Louis Ostrow, Respondent, v. Joseph P. Day, Inc., Appellant.— The plaintiff's version of the accident is not improbable as a matter of law and the question of the plaintiff's contributory negligence was properly submitted to the jury. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

Joseph Pisane, Respondent, v. Frederick Loeser & Co., Inc., Appellant.— In our opinion the order as thus modified will be in accordance with the law relating to such examinations. Lazansky, P. J., Carswell, Johnston and Adel, JJ., concur; Close, J., not voting.

The Prudential Insurance Company of America, Respondent, v. Rubin Krulik et al., Appellants.— No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

Walter C. Remelius, Appellant, v. Corbetta Construction Co., Inc., et al., Respondents.— No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

Grace DeW. Rollins, Appellant, v. Ernest C. Rollins, Respondent.— No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.